IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 22 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:16cr20LG-RHW

RICKY WADE PERRY   18 U.S.C. § 641

**The Grand Jury charges:**

From on or about July, 2009, and continuing through on or about March, 2015, in Harrison and Jackson Counties, in the Southern Division of the Southern District of Mississippi, the defendant, **RICKY WADE PERRY**, did willfully and knowingly embezzle, steal, purloin, and convert to his own use and the use of another, money and a thing of value of the United States and the Social Security Administration, an agency of the United States, in excess of $1,000.00, namely, approximately $105,793.00, in Title II Social Security Disability Insurance ("DI") benefit payments, in violation of Section 641, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the

1

defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(C), Title 18, United States Code and Section 2461, Title 28, United States Code.

                                                                                              _____
                                                                                              GREGORY K. DAVIS
                                                                                              United States Attorney

A TRUE BILL:

s/signature redacted
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 22nd day of MARCH, 2016.

                                                                                              _____
                                                                                              UNITED STATES MAGISTRATE JUDGE

2